UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HUNT,<br><br>       Plaintiff,<br><br>-against-<br><br>BRONX LEBANON HOSPITAL; LOCAL UNION 1199, SEIU,<br><br>       Defendants. | 22-CV-0054 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued May 16, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 22, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge